# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

H. RANDALL WISLER AND H. KEITH WISLER, CO-EXECUTORS OF THE ESTATE OF HERBERT C. WISLER, DECEASED,

     Respondents

    v.

MANOR CARE OF LANCASTER PA, LLC, D/B/A MANORCARE HEALTH SERVICES-LANCASTER, HCR MANOR CARE, INC., MANORCARE HEALTH SERVICES, INC., MANOR CARE, INC., HCR HEALTHCARE, LLC, HCR HEALTHCARE II, LLC, HCR HEALTHCARE III, LLC, HCR HEALTHCARE IV, LLC,

     Petitioners

: No. 762 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.